IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>    LARRY ASHE<br>                Debtor | : | Bankruptcy No. 24-21120-CMB |
| | : | |
| | : | Chapter 7 |
| Movant | : | |
| | : | Related to Document No. 11 |
| v. | : | |
| Respondent (if none, then "No Respondent") | : | |

**AMENDED REQUEST TO RESTRICT PUBLIC ACCESS TO DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS**

Pursuant to W.PA.LBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, under penalty of perjury, the **UNDERSIGNED HEREBY CERTIFIES** that:

    1.    A Declaration Re: Electronic Filing of Petition, Schedules & Statements was filed in the above-captioned case on 5/7/24 at document #4 contains one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

    2.    The Declaration Re: Electronic Filing of Petition, Schedules & Statements was uploaded to the Electronic Document Submission System on 5/8/24.

    3.    I am requesting that the Court take whatever steps are necessary to restrict public access to the unredacted version.

Date: 5/9/24

Signed: _____

/s/ Raymond Kempinski
_____
Name of Filer - Typed

1500 JFK Blvd, Suite 220, Phila PA 19102
_____
Address

brad@sadeklaw.com
_____
Email Address

215-545-0008
_____
Phone No.

93839-PA
_____
Bar I.D. and State of Admission

PAWB Local Form 38 (07/13)